**Form 224**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**William H. Cotter**
  Debtor(s)

Bankruptcy Case No.: 22−10352−TPA

Chapter: 13
Docket No.: 12 − 1

## **CERTIFICATION**

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **August 15, 2022** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **August 29, 2022** and failure to meet that deadline would result in the dismissal of the case.

As of **August 31, 2022,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes<br>Clerk

## **ORDER**

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: August 31, 2022

Thomas P. Agresti
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                           Case No. 22-10352-TPA
William H. Cotter                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                                           User: auto                                        Page 1 of 3

Date Rcvd: Aug 31, 2022                            Form ID: 224                           Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William H. Cotter, 10592 Mohawk Road, Conneaut Lake, PA 16316-3242 |
| 15505847 | + | Borough of Homestead, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15505850 | + | Citizens Bank of PA, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 15505851 | + | Conneaut Lake Ambulance Service, 290 South 4th Street, Conneaut Lake, PA 16316-7237 |
| 15505857 | + | Eastern Revenue Inc, 601 Dresher Road, Horsham, PA 19044-2202 |
| 15505859 | + | Jordan Tax Service Inc, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15505861 | + | Law Office of Gregory Javardian LLC, 1310 Industrial Boulevard, 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 15505862 | + | Meadville Area Ambulance Service, 872 Water Street, Meadville, PA 16335-3455 |
| 15505863 | + | Meadville Diagnostic Medical Imaging Inc, 751 Liberty Street, Meadville, PA 16335-2559 |
| 15505866 | + | Nationwide Recovery, 3000 Kellway Drive, Carrollton, TX 75006-3304 |
| 15505869 | + | PA Liberty St Emergency Physicians LLC, 751 Liberty Street, Meadville, PA 16335-2559 |
| 15505870 | + | PAR North America, 13085 Hamilton Crossing Blvd., Suite 100, Carmel, IN 46032-1434 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Aug 31 2022 23:45:12 | Citizens Bank, N.A. s/b/m to Citizens Bank of Penn, 10561 Telegraph Road, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Aug 31 2022 23:50:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15505849 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 31 2022 23:50:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 15505854 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2022 23:57:34 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15508319 | ^ | MEBN | Aug 31 2022 23:45:12 | Citizens Bank, N.A. s/b/m to Citizens Bank, of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 15505852 | + | Email/Text: ebnjts@grblaw.com | Aug 31 2022 23:50:00 | County of Allegheny, Goehring, Rutter and Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 15505853 | + | Email/Text: rkiser@co.crawford.pa.us | Aug 31 2022 23:51:00 | Crawford County Tax Claim Bureau, 903 Diamond Park, Meadville, PA 16335-2694 |
| 15505855 | ^ | MEBN | Aug 31 2022 23:44:40 | Debt Recovery Solution, 6800 Jericho Turnpike, Syosset, NY 11791-4401 |
| 15505856 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 31 2022 23:51:00 | Duquesne Light Company, c/o Bernstein-Burkley P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1908 |
| 15505858 | + | EDI: RMSC.COM | | |

Case 22-10352-TPA    Doc 13    Filed 09/02/22    Entered 09/03/22 00:25:57    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 31, 2022 | Form ID: 224 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 01 2022 03:48:00 | GE Capital Retail Bank, Attn: Bankruptcy, P.O. Box 103106, Roswell, GA 30076-9106 |
| 15505860 | + | EDI: PHINGENESIS | Sep 01 2022 03:53:00 | Kay Jewelers/Genesis, 15220 NW Greenbrier, Beaverton, OR 97006-5744 |
| 15507580 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2022 23:57:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15505864 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 31 2022 23:51:00 | Midland Funding LLC, 2365 Northside Drive, Suite 30, San Diego, CA 92108-2710 |
| 15505867 | | Email/Text: paula.tilley@nrsagency.com | Aug 31 2022 23:50:00 | Nationwide Recovery, 545 Inman Street W., Cleveland, TN 37311 |
| 15505865 | + | Email/Text: Bankruptcies@nragroup.com | Aug 31 2022 23:51:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15506310 | + | EDI: RECOVERYCORP.COM | Sep 01 2022 03:53:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15505868 | + | EDI: PENNDEPTREV | Sep 01 2022 03:53:00 | PA Department of Revenue, Bankruptcy Department, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15505868 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 31 2022 23:50:00 | PA Department of Revenue, Bankruptcy Department, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15505871 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 31 2022 23:50:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15505872 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 31 2022 23:50:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15505874 | + | EDI: RECOVERYCORP.COM | Sep 01 2022 03:53:00 | PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 15505873 | + | EDI: PRA.COM | Sep 01 2022 03:53:00 | Portfolio Recovery & Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |
| 15505875 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2022 23:57:38 | Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15505876 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 31 2022 23:51:00 | Santander Consumer USA, P.O. Box 961245, Ft Worth, TX 76161-0244 |
| 15505877 | + | EDI: RMSC.COM | Sep 01 2022 03:48:00 | Synchrony Bank, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 15505878 | + | EDI: RMSC.COM | Sep 01 2022 03:48:00 | Synchrony Bank/Sams Club, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15505879 | ^ | MEBN | Aug 31 2022 23:44:50 | Trident Asset Management, 10375 Old Alabama Road, Alpharetta, GA 30022 |
| 15505880 | + | EDI: VERIZONCOMB.COM | Sep 01 2022 03:48:00 | Verizon, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15505848 | *+ | Borough of Homestead, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Aug 31, 2022 | Form ID: 224 | Total Noticed: 39 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2022          Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2022 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Daniel P. Foster
     on behalf of Debtor William H. Cotter dan@mrdebtbuster.com
     katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Keri P. Ebeck
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mary F. Kennedy
     on behalf of Creditor Citizens Bank  N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com,
     coleen@javardianlaw.com;chris.cummins@javardianlaw.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

TOTAL: 6